Katherine R. Siegfried, SBN 250558
Law Office of Katherine Siegfried
1939 Harrison St, Suite 120
Oakland, CA 94612
Ph: 510.465.0018 Fax: 510.217.3979
Email: kat@siegfriedlegal.com

Attorney for Plaintiff, ANITA TRUSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANITA TRUSH,<br><br>   Plaintiff,<br><br>v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>   Defendant | CIVIL NO. 25-cv-0638-LJC<br><br>**STIPULATION AND ORDER** EXTENDING TIME FOR PLAINTIFF's MOTION FOR SUMMARY JUDGMENT BY FIFTEEN DAYS |
|---|---|

   IT IS HEREBY STIPULATED, between Plaintiff ANITA TRUSH and Defendant Commissioner of Social Security, through their respective counsel of record, that Plaintiff shall have an extension of time of fifteen (15) days to file Plaintiff's Opening Brief in a Social Security Matter. The current due date is April 16, 2025.  The new due date will be May 1, 2025. This is the first extension of time requested by Plaintiff and is necessary because Plaintiff's attorney is a solo practitioner and was out of the office earlier this month with a respiratory infection. Additional time is needed to complete her review of the over 1,000-page record and draft her arguments. Counsel for Defendant has indicated that they do not oppose this extension.

Date: April 16, 2025

KATHERINE SIEGFRIED
Law Office of Katherine Siegfried, Esq.

By:   /s/ *Katherine Siegfried*
      Katherine Siegfried
      Attorney for the Plaintiff

| | | |
|---|---|---|
| Date: April 16, 2025 | | PATRICK D. ROBBINS<br>Acting United States Attorney |
| | By: | /s/ *Erin Highland*<br>ERIN HIGHLAND<br>Special Assistant United States Attorney<br>Attorneys for Defendant<br>(As authorized per email) |

## **ORDER**

PURSUANT TO STIPULATION, PLAINTIFF'S REQUEST FOR ADDITIONAL TIME IS SO ORDERED.

Dated: April 16, 2025

_____
Hon. Lisa J. Cisneros
UNITED STATES MAGISTRATE JUDGE